■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON BENTLEY, Appellant. [727 NYS2d 629] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered April 22, 1999, convicting him of murder in the second degree and assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court providently exercised its discretion in denying the defendant's motion for a mistrial (*see, People v Ortiz,* 54 NY2d 288). Any potential prejudice to the defendant that might have arisen from the detective's brief testimony relating to an uncharged crime was alleviated when the court gave a prompt curative instruction (*see, People v Biggs,* 280 AD2d 484, *lv denied* 96 NY2d 797; *People v Vincent,* 250 AD2d 787). Santucci, J. P., Krausman, McGinity and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY BREWER, Appellant. [727 NYS2d 315] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 22, 2000 (*People v Brewer,* 269 AD2d 538), affirming a judgment of the Supreme Court, Kings County, rendered April 25, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). S. Miller, J. P., Friedmann, Schmidt and Smith, JJ., concur.